UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN LE,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTOR ADMINISTRATIVE US COURT,<br><br>    Defendant. | Case No.  22-cv-08872-VC<br><br>**ORDER DISMISSING COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>Re: Dkt. No. 1 |

The complaint is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B). As far as the Court can tell, Le brings a discrimination claim of some sort against the Administrative Office of the U.S. Courts based on its unresponsiveness to Le's phone calls regarding matters previously before Judges Tigar and Beeler. Relatedly, Le complains of the fact that she did not receive a hearing in those matters before they were dismissed with prejudice, which she believes was due to discrimination based on her race, nationality, and disability.

These allegations do not come close to stating a cognizable legal theory or a plausible claim. Arguably, it would be appropriate to dismiss this case with prejudice at the outset. But in an abundance of caution, especially given Le's pro se status, dismissal is with leave to amend. If no amended complaint is filed within 21 days of this order, dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: January 12, 2023

VINCE CHHABRIA
United States District Judge