UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN LE,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTOR ADMINISTRATIVE US COURT,<br><br>    Defendant. | Case No. 22-cv-08872-VC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. Nos. 50, 60 |

 Le's Amended Complaint does not come any closer than its predecessor to stating a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B). Based on Le's numerous filings, it is evident that further leave to amend would be futile. The case is therefore dismissed with prejudice.

 The Clerk shall terminate all pending motions and close the case. No further filings will be accepted in this case. The Clerk shall return, without filing, any further documents Le submits after this case is closed.

**IT IS SO ORDERED.**

Dated: February 27, 2023

_____
VINCE CHHABRIA
United States District Judge