UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN LE,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR ADMINISTRATIVE US COURT,<br><br>    Defendant. | Case No. 22-cv-08872-VC<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS ON APPEAL**<br><br>Re: Dkt. Nos. 71, 73 |

    The Court finds that revocation of in forma pauperis status is appropriate in this case because Le's appeal is frivolous. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Le complains of discrimination by Judges Tigar and Beeler based on the fact that they decided prior cases of hers without holding hearings. *See* Dkt. Nos. 1, 23, 50, 60. She complains that the courts' lack of responsiveness constitutes a federal tort. *See, e.g.*, Dkt. No. 1 at 4. And she complains that she is owed millions of dollars in default judgments from prior cases which have, in fact, been dismissed with prejudice under 28 U.S.C. § 1915. *See, e.g.*, *Le v. USPS & Harris*, No. 21-0566-JST, Dkt. No. 12.

    These are not serious allegations, nor do they come close to stating a claim or presenting a cognizable legal theory. And based on the fact that Le has been serially filing similarly frivolous suits for years, the Court concludes that her appeal is not only frivolous but taken in bad faith. *See, e.g.*, *Le*, No. 21-0566-JST; *Le v. President of the United States et al.*, No. 22-4375-JST.

    The Clerk shall transmit a copy of this order to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: April 3, 2023

_____
VINCE CHHABRIA
United States District Judge